UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT HAMZIK and SUSAN HAMZIK,

    Plaintiffs,

v.                                      Case No:   6:18-cv-564-Orl-40TBS

LOWE'S HOME CENTERS, LLC,
HUSQVARNA PROFESSIONAL
PRODUCTS, INC. and KOHLER CO.,

    Defendants.

## ORDER

This case comes before the Court *sua sponte*. On January 11, 2019 Plaintiff filed Plaintiff's Disclosure of Expert Reports (Doc. 32). This district prohibits litigants from filing discovery material unless "ordered by the Court, if necessary to the presentation or defense of a motion, or if required by law or rule." Middle District Discovery (2015) at 4;[1] see also FED. R. CIV. P. 5(d)(1); M.D. FLA. R. 3.03. There is no proper reason for filing the disclosure. Accordingly, the paper at docket entry 32, is **STRICKEN**.

**DONE** and **ORDERED** in Orlando, Florida on January 11, 2019.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties

---

[1] The Middle District Discovery (2015) handbook can be found on the Court's website, http://www.flmd.uscourts.gov, in the left hand column under the "Local Rules" tab.